UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARKIA PEGUESE**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**OTIS WORLDWIDE CORPORATION**,<br><br>Defendant. | No. 3:23-cv-1363 (SRU) |

## ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims presented in the Complaint in the above-captioned action, including claims brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, are dismissed, with prejudice, without fees or costs to either Party, and with all rights of appeal waived.

**SO ORDERED.**

Date: February 11, 2025

/s/ Stefan R. Underhill
_____

STEFAN R. UNDERHILL
United States District Judge